KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| DANIEL STOCKERT,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>            Defendant. | Case # 2:16-CV-01185-CKD<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a first extension of time to file Plaintiff's opening brief. Plaintiff's counsel has a heavy briefing schedule and has 3 briefs due at the same time.  Counsel is a solo practitioner and has no other attorney to help with briefing at this time. Counsel requests a 30-day extension of time to complete the Opening brief. Opening Brief shall now be due on December 7, 2016.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1     STIPULATION
           [2:16-CV-01185-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Dated November 7, 2016:        /s/ Kelsey M Brown
                                                     KELSEY MACKENZIE BROWN CA #263109
                                                     Mackenzie Legal, PLLC
                                                     1003 Whitman
                                                     Tacoma, WA 98406
                                                     (206) 300-9063
                                                     Attorney for Plaintiff

Dated November 7, 2016:        s/ KELSEY M. BROWN for Chantal Jenkins
                                                     CHANTAL JENKINS
                                                     (per e-mail authorization)
                                                     Special Assistant U.S. Attorney
                                                     Office of the General Counsel

                                                     Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on December 7, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

Dated: November 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2   STIPULATION
[2:16-CV-01185-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063