KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| DANIEL STOCKERT,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>   Defendant. | Case # 2:16-CV-01185-CKD<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a second extension of time to file Plaintiff's opening brief. Plaintiff's counsel had a family emergency that required travel out of state.  Counsel is a solo practitioner and has no other attorney to help with briefing at this time. Counsel requests a brief 2-day extension of time to complete the Opening brief. Opening Brief shall now be due on December 9, 2016.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated December 7, 2016:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109

Page 1    STIPULATION
          [2:16-CV-01185-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

|   |   |
|---|---|
|   | Mackenzie Legal, PLLC |
|   | 1003 Whitman |
|   | Tacoma, WA 98406 |
|   | (206) 300-9063 |
|   | Attorney for Plaintiff |
| Dated December 7, 2016: | s/ KELSEY M. BROWN for Chantal Jenkins |
|   | CHANTAL JENKINS |
|   | (per e-mail authorization) |
|   | Special Assistant U.S. Attorney |
|   | Office of the General Counsel |
|   | Of Attorneys for Defendant |

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on December 9, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

Dated:  December 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2     STIPULATION
           [2:16-CV-01185-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063